# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**JOHN R. FOUTS, ET AL.**                                                                    **PLAINTIFFS**

**v.**                      **No. 3:25-cv-33-BJB**

**COMMONWEALTH OF KENTUCKY, ET AL.**                                       **DEFENDANTS**

\* \* \* \* \*

## ORDER

For the reasons set forth in the separate Memorandum Opinion entered today, the Court **DENIES** Fouts's emergency motion for reconsideration (DN [92]) and **DISMISSES** this action **without prejudice** under Fed. R. Civ. P. 41(b) for failure to prosecute.

The Court **DENIES all pending motions as moot**. *See* DNs 46, 47, 48, 52, 55, 56, 59, 68, 69, 79, 80, 82 & 93.

This is a **final Order**.

The Court further **certifies** that an appeal of this action would not be taken in good faith.

*See* 28 U.S.C. § 1915(a)(3).

cc:     Plaintiff, *pro se*

        Defendants